# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Laura Walton, | |
| Plaintiff, | Case No. 1:09-cv-48-HEA |
| v. | |
| GC Services, Limited Partnership, | STIPULATION OF DISMISSAL |
| Defendant. | |

*4-8-010*

*So Ordered*

Now come the parties, by and through counsel, to hereby dismiss the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(ii), each party to bear its own costs.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/ Timothy J. Sostrin
Timothy J. Sostrin
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Telephone: 312.753.7576
Email: tjs@legalhelpers.com
Attorneys for Plaintiff

Hinshaw & Culbertson, LLP

By: s/ Ashley L. Narsutis
Ashley L. Narsutis
701 Market Street, Suite 1300
St. Louis, MO 63101
Telephone: 314-241-2600
Email: anarsutis@hinshawlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2010, I electronically filed a copy of the foregoing Stipulation, notice of which will be sent to all parties indicated on the electronic filing receipt by the court's CM/ECF system

s/ Timothy J. Sostrin